IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: FREDERICK J. HAMER
AND SHERITA HAMER                                CHAPTER 13

DEBTORS                                          CASE NO. 12-15204 DWH

## AGREED ORDER AMENDING PLAN

THIS DAY this cause came on for hearing upon the motion *ore tenus* of the parties and the Court having been fully advised in the premises does hereby find as follows:

IT IS, THEREFORE, ORDERED that the Chapter 13 Plan of the Debtors be, and is hereby, amended so as to pay the child support arrearage through the plan in the amount $605.13 through April 24, 2013.

IT IS, FURTHER, ORDERED that the Trustee shall amend the wage order as necessary to comply with the terms and conditions of this Order.

SO ORDERED, this the _____ day of _____, 2013.

U.S. BANKRUPTCY JUDGE

APPROVED:

_____
SCOTT WEATHERLY
ATTORNEY FOR DHS

_____
KAREN B. SCHNELLER
ATTORNEY FOR DEBTORS

_____
LOCKE D. BARKLEY
CHAPTER 13 TRUSTEE