UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: FREDERICK J. HAMER
AND SHERITA HAMER

CHAPTER 13

DEBTORS

CASE NO. 12-15204 JDW

## ORDER REINSTATING CASE

THIS CAUSE came on for hearing on Debtors' Motion to Reinstate Case; after notice and opportunity for hearing and the Court being full advised in the premises does hereby find and Order as follows:

THAT, Debtors' Chapter 13 Case is reinstated.

SO ORDERED this the 17th day of June, 2013.

_____
U.S. BANKRUPTCY JUDGE

SUBMITTED BY:

KAREN B. SCHNELLER - MSB #6558
Attorney for Debtors
Post Office Box 417
Holly Springs, MS  38635
662-252-3224